SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
STEPHEN.CORRIGAN@USDOJ.GOV
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3701
Fax: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIRZA ALI, and<br>SAMEENA ALI,<br><br>    Defendants. | No. CR 02-40081 CW<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>Date: October 24, 2007<br>Time: 2:30 p.m. |

Defendants Mirza Ali and Sameena Ali are scheduled to be sentenced on October 24, 2007 at 2:30 p.m. based upon convictions on all thirty counts charged in the Superseding Indictment, and the finding of guilty on the criminal forfeiture count charged in count thirty-one.

The defendants and the government agreed to a stipulated facts bench trial, and further agreed to limit the defendants' exposure to a sentence of 60 months in custody. The probation officer concurs with the government that the loss totals $59,648,070, and has determined that the Guidelines total offense level is 31, and a term of imprisonment of

U.S.' SENTENCING MEMORANDUM
CR 02-40081 CW

121 to 151 months. PSR, Sentencing Recommendations. As noted in the PSRs, the defendants object to the loss calculations; instead, the defendants argue that there is no evidence of any loss to Microsoft.

Consistent with the parties' agreement to limit the term of imprisonment for the two defendants to 60 months each, the probation officer recommends the same sentence for both defendants, 60 months custody. The probation officer further recommends a sentence of 3 years supervised release, restitution in the amount of $59,648,070 to be paid to Microsoft Corporation, and a special assessment of $3,000. The government concurs in these recommendations for both defendants.

As for the forfeiture count, consistent with the court's verdict and the preliminary order of forfeiture, the government requests that the defendants' judgment and commitment order include the forfeiture to the United States of all the defendants' right, title, and interest in the real property located at 9900 Longview Lane, Pleasanton, California, and the net proceeds of the sale of that property, $233,883.61, and the real property located at 1069 Canyon Creek Terrace, Fremont, California.

The parties have agreed that the defendants should remain free on bond pending the resolution of their appeals.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: October 19, 2007

STEPHEN G. CORRIGAN
Assistant United States Attorney

U.S.' SENTENCING MEMORANDUM
CR 02-40081 CW                                    2