1   MELINDA HAAG (CASBN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   STEPHEN G. CORRIGAN (MABN 100560)
    Assistant United States Attorney
5
        1301 Clay Street Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3701
7       FAX: (510) 637-3724
        Email: stephen.corrigan@usdoj.gov
8
9   Attorneys for the United States

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14
    UNITED STATES OF AMERICA,        )    No. CR 02-40081 CW
15                                    )
            Plaintiff,                )    UNITED STATES' MOTION TO
16                                    )    REMAND DEFENDANTS
        v.                            )
17                                    )
    MIRZA ALI,                        )
18  SAMEENA ALI, and                  )
    KEITH GRIFFEN, and                )
19  WILLIAM GLUSHENKO,                )
                                      )
20                                    )
            Defendants.               )
21  _____  )

22      Plaintiff, United States of America, moves the Court to remand defendants Mirza Ali,

23  Sameena Ali, and Keith Griffen into custody, and the commencement of defendant Glushenko's

24  one year term of probation, on or before February 19, 2011,[1] which is 60 days following the

25  issuance of the mandate, as this court previously directed when sentencing the defendants.

26

27

28

    _____

        [1] February 19, 2011 falls on a Sunday

### BACKGROUND

On November 28, 2006, following the submission of stipulated facts in a bench trial, the district court found Mirza Ali and Sameena Ali guilty on all 30 counts of mail fraud, wire fraud and money laundering, and defendant Keith Griffen guilty of fraud offenses charged in counts one through nine, all charged in a superseding indictment. CR 510.  Previously, on March 6, 2006, defendant William Glushenko plead guilty to a superseding information charging him with a violation of 18 U.S.C. § 4, misprision of a felony. CR 484.

On October 24, 2007, the court sentenced Mirza Ali and Sameena Ali to 60 months imprisonment on each count, to run concurrently, followed by three years' supervised release, $20,000,000 in restitution, and the forfeiture of $5,015,977. Griffen was sentenced to 33 months imprisonment, three years supervised release, and $20,000,000 in restitution.  Glushenko was sentenced to one year probation.   The court ordered each defendant sentenced to a term of imprisonment to surrender for service of sentence at the institution designated by the Bureau of Prisons within sixty (60) days from the date the mandate came down, unless there had been no designation made prior to the surrender date.  If no designation had been made, the defendants were ordered to report to the Office of the United States Marshall, 1301 Clay Street, Oakland, California, by 2:00 p.m. CR 549, Judgement in a criminal case as to Mirza Ali; CR 551, Judgment in a criminal case as to Sameena Ali; CR 553,  Judgment in a criminal case as to Keith Griffen.  Glushenko's sentence of probation was stayed pending his co-defendants' appeal. Glushenko was ordered to commence his term of probation sixty days from the date the mandate issued.  CR 555, Judgment in a criminal case as to William Glushenko.

Defendants Mirza Ali, Sameena Ali, and Keith Griffen appealed their convictions and remained free on bond pending appeal. On August 25, 2010, the Ninth Circuit affirmed the convictions, except for convictions of defendants Mirza Ali and Sameena Ali on counts 11 - 20, charging violations of 18 U.S.C. § 1956(a)(1)(A)(i), money laundering - promotion. See United States v. Ali, 620 F.3d 1062,1075 (9th Cir. 2010).  The Court of Appeals also affirmed the defendants' sentences. Id.  On December 21, 2010, the mandate issued.  On the same date, this Court ordered the parties to brief, what, if any further proceedings are required.

## DISCUSSION

**No Further Proceedings Are Required And Defendants Should Be Ordered To Begin Serving Their Sentences By February 19, 2011**

Notwithstanding the reversal of the Alis' convictions on counts 11 through 20, the Court of Appeals affirmed all other convictions and sentences of defendants Mirza Ali, Sameena Ali, and Keith Griffen.  Now that the mandate has issued, consistent with this Courts' Judgment and Commitment orders, the defendants sentenced to terms of imprisonment should be ordered to surrender by Sunday, February 19, 2011, which is sixty days from December 21, 2010, the date the mandate issued. By this same date, February 19, 2011, defendant Glushenko should be ordered to begin serving his one year term of probation.

Dated: January 4, 2011

MELINDA HAAG
United States Attorney

/s/
_____
STEPHEN G. CORRIGAN
Assistant U.S. Attorney