# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Offender Under Supervision

**Name of Offender**  
Mirza Ali

**Docket Number**  
0971 4:02CR40081-001 CW

**Name of Sentencing Judge:**  The Honorable Claudia Wilken  
Senior United States District Judge

**Date of Original Sentence:**  October 24, 2007

**Original Offense:** Count One: Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. § 371 a Class D Felony ; Counts Two through Five: Mail Fraud; Aiding and Abetting, 18 U.S.C. §§ 1341 and 2, a Class B Felony; Counts Six through Nine: Wire Fraud ; Aiding and Abetting, 18 U.S.C. §§ 1343 and 2, a Class B Felony; Count Ten: Conspiracy to Launder Money, 18 U.S.C. § 1956(h), a Class C Felony; Counts Twenty One through Twenty-Six: Money Laundering (Concealment), 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2, a Class C Felony; Counts Twenty-Seven through Thirty: Money Laundering (Exportation), 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2, a Class C Felony; Count Thirty-One: Criminal Forfeiture, 8 U.S.C. § 982

**Original Sentence:** 60 months imprisonment followed by three years supervised release.

**Special Conditions:** $3,000 special assessment; $20,000,000 restitution; access to any requested financial information; not be employed in any capacity in which he owns or operates any business; standard search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and cooperate in the collection of DNA.

**Prior Form(s) 12:** On June 30, 2016, Your Honor modified the conditions of supervised release ordering Ali to pay no less than $25 a month toward his outstanding criminal monetary penalties balance.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Stephen G. Corrigan

**Date Supervision Commenced**  
August 31, 2015  
**Defense Counsel**  
Christopher J. Cannon (Appointed)

RE:   Ali, Mirza                                                                                                                 2
      0971 4:02CR40081-001 CW

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhancement Report Access (OPERA), the client's outstanding restitution balance as of August 7, 2018, is $19,987,577, as $12,423 has been collected from all codefendants. Ali is making consistent monthly payments at a rate of no less than $25, as Court-ordered, toward the balance owed during the course of supervision.

**Action Taken and Reason**

Throughout the client's term of supervised release, he has maintained a stable residence in the Northern District of California. Ali was previously employed as a manager with Parnassus Group, LLC, since September 1, 2015, and is currently receiving Social Security retirement income. To Ali's credit, he has remained in compliance with the release conditions, with the exception of his outstanding balance.

Ali's economic circumstances have been monitored throughout the period of supervision for changes that might affect ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. His monthly restitution is commensurate with his ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on August 30, 2018, as scheduled. The client understands that he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the offender until August 31, 2035. It is recommended the offender be allowed to terminate from his supervision with an outstanding restitution balance.

Respectfully submitted,                               Reviewed by:

_____           _____
Leon T. Dang                                                      Aylin McFarland
U.S. Probation Officer                                      Supervisory U.S. Probation Officer
Date Signed: August 8, 2018

**RE:**   Ali, Mirza 3
   0971 4:02CR40081-001 CW

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:


August 15, 2018
_____   _____
Date                                  Claudia Wilken
                                      Senior United States District Judge